JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MERRIL HOPKINS,<br><br>    Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Comm'r of Social Security,<br><br>    Defendant<br>_____ | Case No.  2:18-CV-00905-AC<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 32 Days to October 26, 2018, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. It is requested due to the fact that Plaintiff's counsel has a backlog in her workload and has not had adequate time to review the lengthy administrative record in this case.

---

Hopkins v. Berryhill	Stipulation and Proposed Order	E.D. Cal. 2:18-cv-00905-AC

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: September 20, 2018    JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: September 20, 2018    MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Patrick Snyder for Marcelo Illarmo*
PATRICK SNYDER FOR MARCELO ILLARMO
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

DATED: October 2, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE