1  JACQUELINE A. FORSLUND
   Forslund Law, LLC
2  CSBN 154575
   P.O. Box 4476
3  Sunriver, OR 97707
4  Telephone:    541-419-0074
   Fax:          541-593-4452
5  Email:        jaf@forslundlaw.com

6  Attorney for Plaintiff

                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA

WILLIAM MERRIL HOPKINS,           )   Case No. 2:18-CV-00905-AC
                                  )
     Plaintiff                    )   **STIPULATION AND** ~~**PROPOSED**~~
                                  )   **ORDER FOR EXTENSION OF TIME**
v.                                )   **TO FILE PLAINTIFF'S OPENING BRIEF**
                                  )
NANCY A. BERRYHILL,               )
Acting Comm'r of Social Security, )
                                  )
     Defendant                    )
                                  )
_____   )

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 14 Days to November 9, 2018, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order. This is Plaintiff's second request for an extension. It is requested due to the fact that Plaintiff's counsel has fallen ill and requires additional time to brief this case.

**Hopkins v. Berryhill**        **Stipulation and Proposed Order**        **E.D. Cal. 2:18-cv-00905-AC**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: October 19, 2018          JACQUELINE A. FORSLUND
                                Attorney at Law


                                */s/Jacqueline A. Forslund*
                                JACQUELINE A. FORSLUND

                                Attorney for Plaintiff


Date:  October 19, 2018         MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                */s/Marcelo Illarmo*
                                MARCELO ILLARMO
                                Special Assistant United States Attorney
                                *By email authorization

                                Attorney for Defendant


                                    ORDER

APPROVED AND SO ORDERED



DATED: October 23, 2018         _____
                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE